BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                 v.<br><br>HECTOR ORNELAS,<br><br>                          Defendant. | CASE NO. 2:03-CR-0284 JAM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SENTENCING REDUCTION |

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION

1

# STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate and agree that the briefing schedule for defendant's motion to reduce his sentence should be reset according to the following schedule:

| | |
|---|---|
| Government's Opposition: | October 6, 2015 |
| Defendant's Reply: | October 13, 2015 |
| Hearing on Motion: | October 20, 2015, at 9:30 a.m. |

IT IS SO STIPULATED.

BENJAMIN B. WAGNER
United States Attorney

Dated: August 27, 2015

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: August 27, 2015

/s/ JOHN BALAZS, Esq.
JOHN BALAZS, Esq.
Counsel for Defendant, authorized to sign for Mr. Balazs on August 27, 2015

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION

2

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

The briefing schedule on defendant's motion for a sentence reduction suppress evidence is revised as follows:

        Government's Opposition:    October 6, 2015

        Defendant's Reply:    October 13, 2015

        Hearing on Motion:    October 20, 2015, at 9:30 a.m.

**IT IS SO ORDERED**.

DATED: 8/27/2015        /s/ John A. Mendez_____
        JOHN A. MENDEZ
        United States District Court Judge

STIPULATION REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION