John Balazs, Bar. No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
HECTOR ORNELAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>HECTOR ORNELAS,<br><br>            Defendant. | No. 2:03-CR-0284-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. John A. Mendez |

Defendant, HECTOR ORNELAS, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's reply brief and hearing regarding his §3582(c)(2) motion by one week as follows:

    Defendant's Reply Due:                            October 20, 2015

    Motion Hearing:                                      October 27, 2015, 9:30 a.m.

This request is to provide the defense with additional time to prepare.

Dated: October 12, 2015                    Dated:  October 12, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                           /s/*John Balazs*
JASON HITT                                 JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA                   HECTOR ORNELAS

**ORDER**

IT IS SO ORDERED.

Dated:  10/13/2015

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge